IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN DAMIEN OSBORNE,

        Appellant,

v.

        Case No. 5D21-2080
        LT Case No. 35-2020-MM-006354-A

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed July 1, 2022

Appeal from the County Court
for Lake County,
Emily Curington, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

WOZNIAK, J.

In this Anders[1] appeal, we affirm Appellant's judgment and the sentence imposed thereon. However, because the trial court imposed a $245 investigative cost in the absence of a request by the State for that cost, we remand for entry of an amended costs judgment that does not include the $245 investigative cost. See § 938.27(1), Fla. Stat. (2021); Richards v. State, 288 So. 3d 574, 576 (Fla. 2020).

AFFIRMED and REMANDED with instructions.

EVANDER and SASSO, JJ., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).